## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERMAINE WOODS<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 20-0782 (CKK) |

**ORDER**
(March 21, 2022)

For the reasons discussed in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that Defendants' [20] Motion to Strike the Amended Complaint and Dismiss the Action with Prejudice is **GRANTED**. It is further

**ORDERED**, that Plaintiff's [21] Motion for Leave to File an Amended Complaint *Nunc Pro Tunc* is **DENIED**. It is further

**ORDERED**, that this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

**This is a final appealable order.**

Dated: March 21, 2022

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　United States District Judge